# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

**United States of America**

**v.** **NO: AU:26-M -00918(1)**

**(1) Wilber Rafael Garces-Perez**

## GOVERNMENT EXHIBIT LIST for PRELIMINARY / DETENTION HEARING held on September 30, 2026

| Exhibit | Description | Date Admitted |
|---|---|---|
| 1 | 1_**SEALED EXHIBIT** | 9/30/2026 |
| 2 | 2_2026-09-20 17-44-59 utc employee-entrance Video | 9/30/2026 |
| 3 | 3_Transcript of L.G. and Wilber Garces-Perez | 9/30/2026 |
| 4 | 4_Screenshot from exhibit 1 | 9/30/2026 |
| 5 | 5_United States Department of Justice Executive Office For Immigration Review Dallas Immigration Court | 9/30/2026 |
| 6 | 6_ Decision of the Immigration Judge United States Department of Justice Executive Office For Immigration Review Dallas Immigration Court | 9/30/2026 |