**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

October 20, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: sec

**UNITED STATES OF AMERICA**
**Plaintiff**

**v**

**WILBER RAFAEL GARCES-PEREZ**
**Defendant**

**INDICTMENT**

**[Ct. 1: 18 U.S.C § 111(a)(1) & (b) – Assaulting, Resisting, Impeding, and Obstructing a Federal Officer]**

**1:26-cr-00478-ABD**

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Assaulting, Resisting, Impeding, and Obstructing a Federal Officer**
**[18 U.S.C. § 111(a)(1) & (b)]**

On or about September 20, 2026, in the Western District of Texas, Defendant,

**WILBER RAFAEL GARCES-PEREZ,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: L.G. and D.F., who were engaged in the performance of their official duties, and used a deadly and dangerous weapon during the commission of the offense, namely a motor vehicle.

In violation of 18 U.S.C. § 111(a)(1) & (b).

[redacted]
FOREPERSON

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: ______________________
FOR: BRITNI VERDEJA
ASSISTANT UNITED STATES ATTORNEY