UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

United States of America

v. Case Number: AU:26-CR-00478(1)

(1) Wilber Rafael Garces-Perez

## NOTICE OF WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY

Now comes Defendant in the above-referenced case who, along with an undersigned attorney, hereby acknowledges the following:

1) Defendant has received a copy of the charging document in this case.

2) Defendant has read the charging document, or the charging document has been read to the defendant.

3) Defendant understands their right to appear personally with an attorney before a Judge for Arraignment in open Court on this accusation. Defendant further understands that the Arraignment will taken place in open Court, unless this waiver is fully completed and filed in advance.

**4) In response to the COVID-19 pandemic, including limitations on inmate visitation, Defendant authorizes their attorney to sign this document on their behalf.**

Defendant, having conferred with their attorney in this regard, hereby waives personal appearance with their attorney at the arraignment of this case and the reading of the charging document, and by this instrument, tenders a plea of "not guilty." The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes. Defendant requests the Court accept the waiver of appearance and enter a plea of "not guilty."

**I UNDERSTAND UNLESS OTHERWISE ORDERED BY THE COURT, I MUST FILE ANY PRETRIAL MOTION (CITING LEGAL AUTHORITY UPON WHICH I RELY AND A PROPOSED ORDER) WITHIN FOURTEEN (14) DAYS AFTER ARRAIGNMENT, OR, IF I HAVE WAIVED ARRAIGNMENT WITHIN FOURTEEN (14) DAYS AFTER THE LATEST SCHEDULED ARRAIGNMENT DATE. *See Local Criminal Rules CR-12 and CR-47.***

*Date:* 10/27/26

*Signature of Attorney*

Wilber Garces
*Defendant's Signature*

Worth D. Carroll
*Name of Attorney*

Address: 1100B Guadalupe St.
Austin, TX 78701

Telephone: 512-381-9955

**ALL WAIVER FORMS MUST BE FILED IN THE U.S. DISTRICT CLERK'S OFFICE NO LATER THAN 4:00 PM ON THE DAY BEFORE THE SCHEDULED DATE OF ARRAIGNMENT. IF A WAIVER FORM IS NOT SUBMITTED BY THAT TIME, THE DEFENDANT AND DEFENDANT'S ATTORNEY MUST APPEAR FOR THE ARRAIGNMENT AS SCHEDULED.**