# United States District Court
# Western District of Texas
# Austin Division

No. 1:26-cr-00478

**United States of America**

v.

**Wilber Rafael Garces-Perez**

## Scheduling Order

This case is set for Hearing on all Pending Pretrial Motions and Docket Call in Courtroom No. 1, on the First Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas, on December 3, 2026, at 10:30 a.m. The case is set for Jury Selection and Trial on December 14, 2026, at 9:00 a.m.

Pursuant to *United States v. Ellis*, 547 F.2d 863 (5th Cir. 1977), any plea bargain or plea agreement entered into by the parties in this cause shall be made known in writing to this Court on or before November 25, 2026. No plea bargain or plea agreement entered into after this date shall be honored by this Court without good cause shown for delay.

The Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding. In the event the services of a court interpreter are required, counsel for the defendant shall notify the U.S. District Clerk's Office within five days of the date of the hearing.

*So ordered by the Court on October 30, 2026.*

ANDREW DAVIS
United States District Judge